## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KYNESHA STATEN,

        Plaintiff,

  v.                                             Case No. 07-CV-664

TRIAD,

        Defendant.

## **ORDER**

This matter comes before the court on Defendant's motion (Docket #27) and supporting materials (Docket #'s 28 and 29), filed on May 23, 2008, to strike Plaintiff's purported expert disclosure. As provided in Civil Local Rule 7.1(b), Plaintiff had 21 days, or until June 13, 2008, to file a response to the motion.

Since the cutoff date for filing a response has long since passed, the court will treat the motion as unopposed. More significant, however, is the fact that on its face Plaintiff's purported disclosure fails to comply with Rules 26 and 37 of the Federal Rules of Civil Procedure as well as Local Civil Rule 26.1. For all of these reasons, the court is obliged to grant the Defendant's motion and strike Plaintiff's purported expert disclosure.

Accordingly,

**IT IS ORDERED** that Defendant's motion to strike Plaintiff's purported expert disclosure be and the same is hereby **GRANTED**, and the disclosure is stricken from the record in its entirety.

Dated at Milwaukee, Wisconsin, this 25th day of July, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge